# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 07-1753

———————

Alfredo Ignacio Arroyo-Rosales,    *

              *

    Petitioner,       *

              *  Petition for Review of

   v.          *  an Order of the Board

              *  of Immigration Appeals.

Michael B. Mukasey,[1]     *

              *  [UNPUBLISHED]

    Respondent.     *

———————

Submitted: July 1, 2008
Filed: July 14, 2008

———————

Before BYE, SMITH, and BENTON, Circuit Judges.

———————

PER CURIAM.

Alfredo Ignacio Arroyo-Rosales, a citizen of Mexico, petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an Immigration Judge's (IJ's) removal order. The petition is untimely because it was not filed within thirty days of the BIA's final order. See 8 U.S.C. §1252(b)(1) (petition for review of order of removal "must be filed" within 30 days after date of final order of removal); Halabi v. Ashcroft, 316 F.3d 807, 807 (8th Cir. 2003) (per curiam) (BIA's affirmance of IJ's ruling is "final order"). Accordingly, we dismiss the petition.

————————————————

[1]Michael B. Mukasey, now Attorney General of the United States, is substituted as respondent pursuant to Federal Rule of Appellate Procedure 43(c).